# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MUHARREM BALKANLI,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**Case No. 4:18cv522-MW/CAS**

**JIMMY PATRONIS, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

This case was originally filed in the United States District Court for the Eastern District of New York. It was transferred to this Court, *see* ECF Nos. 5 and 6, and in November 2018, an Order was entered directing the pro se Plaintiff to file an amended in forma pauperis motion on the form used in this Court. ECF No. 8. Additionally, Plaintiff was required to file an "amended complaint" which complies with Federal Rule of Civil Procedure 8(a). Both documents were due to be filed by **December 17, 2018**, and Plaintiff was warned that if he did not comply, a recommendation would be made to dismiss this action. *Id.*

As of this date, nothing further has been received from Plaintiff. It appears that he has abandoned this litigation. Therefore, it is appropriate to dismiss this case and deny all pending motions.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with a Court Order, and all pending motions be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on January 4, 2019.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**