IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MUHARREM BALKANLI,**

    **Plaintiff,**

v.                                         Case No. 4:18cv522-MW/CAS

**JIMMY PATRONIS, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on February 15, 2019.**

                                                      **s/ MARK E. WALKER
                                                    Chief United States District Judge**